IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMID BANAYAN, | No. 4:22-CV-00264 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DAVID FELDPAUSCH and SERCOMBE TRUCKING, LLC, | |
| Defendants. | |

## ORDER

**AND NOW**, this 25th day of May 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike pursuant to Federal Rule of Civil Procedure 12(f) (Doc. 6) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge